

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

## No. 02-20-00273-CV

_____

IN THE INTEREST OF Z.R., A CHILD

---

On Appeal from the 211th District Court
Denton County, Texas
Trial Court No. 20-2590-211

---

Before Gabriel, Kerr, and Birdwell, JJ.
Memorandum Opinion by Justice Gabriel

# MEMORANDUM OPINION

Appellant D.R. (Father) attempts to appeal from the trial court's July 21, 2020 temporary orders, which were entered in a suit affecting the parent–child relationship (SAPCR). We notified the parties that we questioned our jurisdiction to hear Father's appeal because the temporary orders were neither final nor an otherwise appealable, interlocutory order. *See* Tex. R. App. P. 42.3. We asked for a response showing our jurisdiction and warned we could dismiss the appeal. *See* Tex. R. App. P. 44.3. Father responded but did not address our jurisdictional question.

We may consider appeals only from final judgments or from interlocutory orders made immediately appealable by the Legislature. *See Bonsmara Nat. Beef Co. v. Hart of Tex. Cattle Feeders, LLC*, 603 S.W.3d 385, 390 (Tex. 2020). Temporary orders entered in a SAPCR are not appealable, interlocutory orders. *See* Tex. Fam. Code Ann. § 105.001(e). Thus, we do not have jurisdiction over Father's attempted appeal, and we dismiss it. *See* Tex. R. App. P. 42.3, 43.2(f).

/s/ Lee Gabriel

Lee Gabriel
Justice

Delivered:  October 1, 2020